IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Thomas G. Price, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 4:13-2825-MGL-TER |
| | ) | |
| Carolyn W. Colvin, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of Defendant's Motion for Entry of Judgment with Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), with consent of the parties and good cause appearing therefore, the Court hereby REVERSES the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g), [1] and REMANDS the cause to the Commissioner for further administrative proceedings.

Upon remand, the Appeals Council will direct the Administrative Law Judge (ALJ) to consider the evidence submitted to the Appeals Council, including the records from Summerville Behavioral Health. The ALJ will offer the Plaintiff an opportunity for a new hearing, take any action needed to complete the administrative record, and issue a new decision.

---

[1] The Clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.

IT IS SO ORDERED.

Spartanburg, South Carolina          /s/ Mary G. Lewis
July 29, 2014                                    United States District Judge